**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ALASKA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Sea Marita Corporation** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)    **92-0087379** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**1340 Rudakof Circle**
**Anchorage, AK 99508**
Number, Street, City, State & ZIP Code

**Anchorage**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.maritaseaandski.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Sea Marita Corporation**
_____
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4412__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Sea Marita Corporation**

Name

Case number (*if known*) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

██ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Sea Marita Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2016**
                MM / DD / YYYY

**X** **/s/ David Novakovich**                              **David Novakovich**
Signature of authorized representative of debtor            Printed name

Title    **Director/President**

**18. Signature of attorney**

**X** **/s/ J. Mitchell Joyner**                    Date    **December 21, 2016**
Signature of attorney for debtor                           MM / DD / YYYY

**J. Mitchell Joyner**
Printed name

**J. Mitchell Joyner**
Firm name

**810 W. 2nd Avenue**
**Anchorage, AK 99501**
Number, Street, City, State & ZIP Code

Contact phone    **(907) 274-5646**        Email address    **mitchlaw@msn.com**

**8406031**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Sea Marita Corporation**__

United States Bankruptcy Court for the: __DISTRICT OF ALASKA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**December 21, 2016**__    *X* **/s/ David Novakovich**
_____
Signature of individual signing on behalf of debtor

**David Novakovich**
_____
Printed name

**Director/President**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Sea Marita Corporation**

United States Bankruptcy Court for the:   DISTRICT OF ALASKA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................. $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*......................................................................................... $     **140,396.10**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.......................................................................................... $     **140,396.10**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **716,296.33**

4.  Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b      $     **716,296.33**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sea Marita Corporation**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number *(if known)*    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$10.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Northrim Bank** | **Checking** | **7375** | **$1,755.00** |
| 3.2. | **Wells Fargo** | **Checking** | **4949** | **$5,551.27** |
| 3.3. | **Northrim Bank** | **Savings** | **7383** | **$1.43** |
| 3.4. | **Alaska USA FCU** | **Checking and Savings** | **0971** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Investment in MacKinnon Marine** | **Unknown** |
| 4.2. | **CF Moto Parts Return and parts account credit** | **$47,833.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Sea Marita Corporation**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 4.3. | **Western Power Sports Parts return-balance due** | $31,386.14 |

| | | |
|---|---|---|
| 4.4. | **Irbit Motorworks of America-Warranty Work Credit** | $5,751.00 |

5.       **Total of Part 1.**                                          | $92,287.84 |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Insurance Services** | $7,068.95 |

| | | |
|---|---|---|
| 8.2. | **Prepaid Rental Storage Unit** | $2,700.00 |

9.       **Total of Part 2.**                                          | $9,768.95 |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:        2,305.76      -        0.00      = ....        $2,305.76
                                face amount                doubtful or uncollectible accounts

12.      **Total of Part 3.**                                          | $2,305.76 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Sea Marita Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| Polaris Parts | Quarter 1, 2016 | $675,435.16 | Recent cost | Unknown |
| Mercury Parts | Quarter 1, 2016 | $160,721.09 | Recent cost | Unknown |
| Tohatsu/Nissan Parts | Quarter 1, 2016 | $44,887.46 | Recent cost | Unknown |
| Johnson, Evinrude | Quarter 1, 2016 | $49.99 | Recent cost | Unknown |
| Suzuki Parts | Quarter 1, 2016 | $46,410.03 | Recent cost | Unknown |
| Kawasaki Parts | Quarter 1, 2016 | $9,525.03 | Recent cost | Unknown |
| Motorcycle Parts | Quarter 1, 2016 | $377.55 | recent cost | Unknown |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

| | $0.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor **Sea Marita Corporation**                                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See Exhibit A to Schedule A/B-Office Furniture, Equipment and Tools: (valued at 20% of book value (purchase price, less depreciation))** | **$34,156.00** | Liquidation | **$3,415.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$3,415.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **River Hawk Boat (100% secured)** | **$1,800.00** | Comparable sale | **Unknown** |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See Exhibit B to Schedule A-B-Display Equipment and Shop Supplies- (Valued at 10% of book value)** | **$132,000.00** | Liquidation | **$13,200.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Sea Marita Corporation**                    Case number *(If known)* _____
_____
Name

51.    **Total of Part 8.**

|  |
|---|
| $13,200.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** Sea Marita Corp d/b/a Marita Sea and Ski | Unknown | Liquidation | Unknown |

66.    **Total of Part 10.**

|  |
|---|
| $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Sea Marita Corporation**  _____   Case number *(If known)*  _____
          Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit<br>has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of<br>every nature, including counterclaims of the debtor and rights to<br>set off claims**<br>**ATV/Snowmachine Rebates Receivable (potentially<br>subject to offset)** | $19,418.55 |

| Nature of claim | Rebate |
|---|---|
| Amount requested | $19,418.55 |

| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership | |
| 78. | **Total of Part 11.** | **$19,418.55** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Sea Marita Corporation**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $92,287.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,768.95 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,305.76 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,415.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $19,418.55 | |
| 91. **Total.** Add lines 80 through 90 for each column | $140,396.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $140,396.10 |

**Fill in this information to identify the case:**

Debtor name **Sea Marita Corporation**

United States Bankruptcy Court for the: **DISTRICT OF ALASKA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Northrim Bank** | | |
|---|---|---|---|

| Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | **Mercury Parts** | **Unknown** | **Unknown** |

**3111 C Street**
**Anchorage, AK 99503**

Creditor's mailing address

Describe the lien
**Secured Business Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 | **Northrim Bank** | | |
|---|---|---|---|

| Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | **Polaris Parts** | **Unknown** | **Unknown** |

**3111 C Street**
**Anchorage, AK 99503**

Creditor's mailing address

Describe the lien
**Secured Business Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Sea Marita Corporation**      Case number (if know) _____
Name

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.3 | **Northrim Bank** | | | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|---|

Creditor's Name

Tohatsu/Nissan Parts

**3111 C Street**
**Anchorage, AK 99503**
Creditor's mailing address

**Describe the lien**
**Secured Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Northrim Bank** | | | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|---|

Creditor's Name

Johnson, Evinrude

**3111 C Street**
**Anchorage, AK 99503**
Creditor's mailing address

**Describe the lien**
**Secured Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Northrim Bank** | | | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|---|

Creditor's Name

Suzuki Parts

**3111 C Street**
**Anchorage, AK 99503**
Creditor's mailing address

**Describe the lien**
**Secured Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Sea Marita Corporation** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Northrim Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3111 C Street
Anchorage, AK 99503**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Kawasaki Parts**

**Describe the lien**
**Secured Business Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Northrim Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3111 C Street
Anchorage, AK 99503**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Motorcycle Parts**

**Describe the lien**
**Secured Business Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Wells Fargo** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Sea Marita Corporation**
_____
Name

Case number (if know) _____

| Creditor's Name |
|---|

**River Hawk Boat (100% secured)**

**PO Box 650769**
**Dallas, TX 75265-0769**
_____
Creditor's mailing address

**Describe the lien**
**Financing Statement**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$0.00** |
|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Sea Marita Corporation**

United States Bankruptcy Court for the:   DISTRICT OF ALASKA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Achilles USA Inc.** | ☐ Contingent | |
| | **PO Box 749** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred  **2016** | | |
| | Last 4 digits of account number  _ | Basis for the claim:  **Recreation Parts and/or services** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $385.90 |
|---|---|---|---|
| | **ACS** | ☐ Contingent | |
| | **PO Box 196666** | ☐ Unliquidated | |
| | **Anchorage, AK 99519** | ☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Communication Services** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39.31 |
|---|---|---|---|
| | **Active Alaska Adventure Media Corporatio** | ☐ Contingent | |
| | **6921 Brayton Drive** | ☐ Unliquidated | |
| | **Anchorage, AK 99507** | ☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Advertising Services** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.70 |
|---|---|---|---|
| | **Aflac** | ☐ Contingent | |
| | **1932 Wynnton Rd** | ☐ Unliquidated | |
| | **Columbus, GA 31999-0001** | ☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Insurance Services** | |
| | Last 4 digits of account number  _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Sea Marita Corporation**                                     Case number *(if known)* _____
        Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.93 |

**AIRE**
**P.O. BOX 186**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Recreation Parts and/or services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.84 |

**Alaska Airlines**
**PO Box 749877**
**Los Angeles, CA 90074-9877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Travel Relates Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284.00 |

**Alaska Computer Geeks**
**639 W International Airport Rd. #14**
**Anchorage, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number ___

Basis for the claim:  **Computer Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $822.24 |

**ALSCO**
**PO Box 240048**
**Anchorage, AK 99524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number ___

Basis for the claim:  **Office and Shop Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.53 |

**American Fast Freight**
**PO Box 3606**
**Seattle, WA 98124-3606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number ___

Basis for the claim:  **Shipping Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,435.00 |

**Anchorage Printing, Inc.**
**3110 Spenard Road**
**Anchorage, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number ___

Basis for the claim:  **Printing Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,580.20 |

**Bank of America**
**PO Box 15710**
**Wilmington, DE 19886-5710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number ___

Basis for the claim:  **Credit Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Sea Marita Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Big Lake Power Sports & Marine**
**PO Box 521748**
**Big Lake, AK 99652**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Black Jack**
**P.O Box 8577**
**Saint Joseph, MO 64508**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle Parts or Services**

Is the claim subject to offset? ■ No ☐ Yes

**$340.44**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Carnai Trailers, Inc.**
**19103 East Cataldo Ave.**
**Greenacres, WA 99016**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$271.80**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**CF Moto USA**
**3555 Holly Lane N. Suite #30**
**Minneapolis, MN 55447**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle, Parts and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$47,833.27**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Christini Technologies, Inc.**
**421 N. 7th Street**
**Philadelphia, PA 19123**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$475.90**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Coast To Coast Computer Products**
**4277 Valley Fair St.**
**Simi Valley, CA 93063**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$368.97**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Coastal Village Regional Fund**
**711 "H" St., Suite 200**
**Anchorage, AK 99501**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

| Debtor | **Sea Marita Corporation** | Case number *(if known)* | |
|--------|-----|----|---|
| | Name | | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
|---|---|---|
| Costco<br>Retail Services<br>PO Box 15521<br>Wilmington, DE 19850-5521 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016** | Basis for the claim: **Good and/or Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153,000.00** |
|---|---|---|
| David Novakovich<br>8221 Pioneer Dr.<br>Anchorage, AK 99504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various beginning with start of business** | Basis for the claim: **Capital Investments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,160.82** |
|---|---|---|
| Fastenal Company<br>PO Box 1286<br>Winona, MN 55987-0978 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016** | Basis for the claim: **Recreational Vehicle Parts and Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$441.46** |
|---|---|---|
| GCI<br>PO Box 99001<br>Anchorage, AK 99509 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016** | Basis for the claim: **Communcation Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$519.55** |
|---|---|---|
| GE Commercial Distribution Finance<br>PO Box 74666<br>Chicago, IL 60675-4666 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016** | Basis for the claim: **Inventory Financing** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$646.28** |
|---|---|---|
| GE Motorcycle | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.65** |
|---|---|---|
| Granger<br>Dept. 828463265<br>PO Box 419267<br>Kansas City, MO 64141 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2016** | Basis for the claim: **Business Supplies** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Sea Marita Corporation**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | **$308.72** |

**GreatAmerica Financial Services**
**PO Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Financial Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | **$1,045.05** |

**Interstate Battery Alaska LLC**
**7740 Schoon St**
**Anchorage, AK 99518**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | **$411.19** |

**Law Office of Carl Cook**
**517 W. Northern Lights Blvd.**
**Anchorage, AK 99503**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | **$2,949.00** |

**Linnea and Steven Young**
**P.O. Box 247**
**Eastlake, CO 80614-0247**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | **$5,751.59** |

**Irbit Motorworks of America, Inc.**
**14700 NE 95th St. #102**
**Redmond, WA 98052**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Recreational Vehicle Parts and Servicesmond WA -**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | **$1,142.00** |

**Mac's Prop Savers, Inc.**
**PO Box 685**
**Mount Vernon, WA 98273**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | **$915.00** |

**McKinley Fence of Alaska, Inc.**
**5901 Lake Otis Pkwy**
**Anchorage, AK 99507**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fencing and/or services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sea Marita Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,970.02**

Mercury Marine
P.O. Box 96964
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Recreational Vehicle Parts and Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116.82**

MMAC
1355 Windward
Alpharetta, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Last 4 digits of account number __

Basis for the claim:  Recreational Vehicle Parts and Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89.99**

Motorfist
PO Box 3839
Idaho Falls, ID 83403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Last 4 digits of account number __

Basis for the claim:  Recreational Vehicle Parts and Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,096.41**

Municipal Light & Power
P.O. Box 196094
Anchorage, AK 99519-6094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Last 4 digits of account number __

Basis for the claim:  Utility Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

Municipality of Anchorage
PO Box 196650
Anchorage, AK 99519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Business Property Tax

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,196.73**

Northern Air Cargo, Inc.
3900 Old Int'l Airport Rd.
Anchorage, AK 99502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Last 4 digits of account number __

Basis for the claim:  Shipping Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.61**

Northwest Marketing Resources
PO Box 447
Olympia, WA 98506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Last 4 digits of account number __

Basis for the claim:  Marketing and Advertising Services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sea Marita Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,338.28**

NP (Northpoint)

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Active**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$479.50**

Parts Unlimited
PO Box 5222
Janesville, WI 53547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112,145.59**

Polaris Acceptance
75 Remittance Drive Suite 1040
Chicago, IL 60675-1040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$787.17**

Redden Marine
2140 E. 63rd Ave.
Anchorage, AK 99507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,134.50**

Republic Indemnity Company of America
 P.O. Box 31001
Pasadena, CA 91110-2174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

Basis for the claim:  **Insurance Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.05**

RJ Business Forms
P.O. Box 750754
Dayton, OH 45475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

Basis for the claim:  **Business Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

Robert Sramek
192 Dividing Ridge Rd.
Spring City, TN 37381

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Account, Buyout agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Sea Marita Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.75** |
|---|---|---|---|

**Rokon International Inc**
**50 Railroad Ave**
**Rochester, NH 03839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Recreational Vehicle Parts and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00** |
|---|---|---|---|

**Rudakof Partners LLC**
**1340 Rudakof Cr**
**Anchorage, AK 99508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Rent**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$376.46** |
|---|---|---|---|

**SAC GE Commercial**
**75 Remittance Drive**
**Chicago, IL 60675-6999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Inventory Financing**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,845.00** |
|---|---|---|---|

**Short Block Technologies**
**1401 N. Myrtle Ave.**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Recreational Vehicle Parts and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.14** |
|---|---|---|---|

**Silver Streak Boats**
**8535 Dimond D Cir # B,**
**Anchorage, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Recreational Vehicle Parts and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$445.50** |
|---|---|---|---|

**Six Robblees, Inc.**
**PO Box 3703**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Recreational Vehicle Parts and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Skurla's POS Solutions**
**524 W. International Airport Rd.**
**Anchorage, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Business Support Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sea Marita Corporation**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.54** | **$70.00** |

**Nonpriority creditor's name and mailing address**
**State of AK**
**Department of Transportation**
**PO Box 112500**
**Juneau, AK 99811**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.55** | **$73,851.26** |

**Nonpriority creditor's name and mailing address**
**Steve Novakovich**
**7453 Park West Circle**
**Anchorage, AK 99502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Capital Investments-Loaned Buy Out Payoff**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.56** | **$320.70** |

**Nonpriority creditor's name and mailing address**
**Suburban Propane**
**PO Box 12068**
**Fresno, CA 93776**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Propane Services**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.57** | **$465.28** |

**Nonpriority creditor's name and mailing address**
**Suzuki Motor of America, Inc**
**PO Box 1100**
**Brea, CA 92822-1100**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.58** | **$784.38** |

**Nonpriority creditor's name and mailing address**
**Tatonduk Outfitters Limited**
**P.O. Box 61680**
**Fairbanks, AK 99706**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recreational Vehicle Parts and Services**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.59** | **$143.34** |

**Nonpriority creditor's name and mailing address**
**TCF Inventory Finance**
**1475 East Wood**
**Schaumburg, IL 60173**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory Financing**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.60** | **$225.98** |

**Nonpriority creditor's name and mailing address**
**The Robins Agency LLC**
**PO Box 220149**
**Anchorage, AK 99522-1049**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Sea Marita Corporation**
_____  Case number (if known) _____
Name

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,225.27 |

**Tohatsu America Corporation**
**670 South Freep Suite 120**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Basis for the claim:  Recreational Vehicle Parts and Services**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $157.90 |

**V & H Enterprises**
**14114 Rocky Ro**
**Anchorage, AK 99516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,325.52 |

**Western Power Sports. Inc.**
**P.O. Box 170299**
**Boise, ID 83717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Basis for the claim:  Recreational Vehicle Parts and Services**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,047.23 |

**Yamaha Motor Corporation,**
**6555 Katella Ave.**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Basis for the claim:  Recreational Vehicle Parts and Services**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $104.00 |

**Yukon Fire Protection**
**5601 Silverado**
**Anchorage, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Basis for the claim:  Insurance Services**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $624.61 |

**Zodiac of North America, Inc.**
**540 Thompson**
**Stevensville, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Basis for the claim:  Recreational Vehicle Parts and Services**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Active Lisa and Craig Thornton P.O. Box**<br>**P.O. Box 247**<br>**Eastlake, CO 80614** | Line **3.29**<br><br>☐ Not listed. Explain ___ | _ |

Debtor  **Sea Marita Corporation**
_____
Name

Case number (if known) _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 716,296.33 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c.  $ | 716,296.33 |

**Fill in this information to identify the case:**

Debtor name     **Sea Marita Corporation**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Phone Services Contract** | |
| State the term remaining — **October, 2019** | **Great American Financial Services**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Property Rental** | |
| State the term remaining — **Month to Month** | **Rudakof Partners LLC**<br>**1340 Rudakof Cr**<br>**Anchorage, AK 99508** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Rental Contract for Business Property** | |
| State the term remaining | **Steven & Linnea Young**<br>**PO Box 247**<br>**Eastlake, CO 80614** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Sea Marita Corporation**__

United States Bankruptcy Court for the: __DISTRICT OF ALASKA__

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **David Novakovich** | **8221 Pioneer Dr. Anchorage, AK 99504** | **Northrim Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.2 **Robert Sramek** | **192 Dividing Ridge Rd. 192 Dividing Ridge Spring City, TN 37381** | **Northrim Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.3 **Stephen Novokavich** | **7453 PARK WEST CIR Anchorage, AK 99502** | **Northrim Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.4 **Wade Huls** | **7148 Madeline Dr. Anchorage, AK 99504** | **Northrim Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **Sea Marita Corporation**

United States Bankruptcy Court for the:  DISTRICT OF ALASKA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**
From  **1/01/2016** to **Filing Date** | ■ Operating a business
☐ Other _____ | **$4,777,941.89** |
   | **For prior year:**
From  **1/01/2015** to **12/31/2015** | ■ Operating a business
☐ Other _____ | **$7,202,641.00** |
   | **For year before that:**
From  **1/01/2014** to **12/31/2014** | ■ Operating a business
☐ Other _____ | **$7,885,343.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from
each source
(before deductions and
exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
   | --- | --- | --- | --- |

Debtor    **Sea Marita Corporation**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See Exhibit to No. SFA No. 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Polaris Acceptance**<br>**75 Remittance Drive Suite 1040**<br>**Chicago, IL 60675-1040** | **See Exhibit to SFA No. 5 filed under separate cover** | **11/13/16** | **Unknown** |
| **CF Moto USA**<br>**3555 Holly Lane N. Suite #30**<br>**Minneapolis, MN 55447** | **CF Moto Parts** | **11/23/16** | **$38,705.34** |
| **Western Power Sports. Inc.**<br>**P.O. Box 170299**<br>**Boise, ID 83717** | **Recreational Vehicle Parts** | **November,**<br>**2016** | **$31,386.14** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Sea Marita Corporation | Case number *(if known)* |
|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.   All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| : RGR XP 900 (ATV)-Stolen- $1,000 deductible paid for insurance | | 8/5/16 | $1,000.00 |

---

**Part 6:    Certain Payments or Transfers**

11.   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | J. Mitchell Joyner<br>810 W. 2nd Avenue<br>Anchorage, AK 99501 | $4,000 | 11/23/16 | $4,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12.   **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.   **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor   **Sea Marita Corporation**

Case number *(if known)* _____

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Point of Sale and Transaction History Information-Names, Addresses, Phone Numbers, Sales history, Reciepts (credit card, cash, check, etc.)**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   **Sea Marita Corporation**                                                          Case number *(if known)* _____

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

---

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Sea Marita Corporation**                                                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **MacKinnon Marine**<br>**405 W. 36th Ave. Suite 200**<br>**Anchorage, AK 99503** | **Shareholder** | EIN:<br><br>From-To    **1/25/12-present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **David Novakovich**<br>**8221 Pioneer Dr.**<br>**Anchorage, AK 99504** | **Monthly for last two years (and all previous years of operations)** |
| 26a.2.    **Robert Sramek d/b/a Sramek-Hightower CPA**<br>**2525 C Street Suite 100**<br>**Anchorage, AK 99503** | **Various** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Polaris Acceptance**<br>**75 Remittance Drive Suite 1040**<br>**Chicago, IL 60675-1040** | **March, 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    **Sea Marita Corporation**                                    Case number *(if known)* _____

statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Wells Fargo Commercial**<br>**500 West Monroe St.**<br>**Chicago, IL 60661** |
| 26d.2. | **Polaris Acceptance**<br>**75 Remittance Drive Suite 1040**<br>**Chicago, IL 60675-1040** |
| 26d.3. | **Matanuska Valley FCU**<br>**1020 S Bailey St**<br>**Palmer, AK 99645** |
| 26d.4. | **Northrim Bank**<br>**3111 C Street**<br>**Anchorage, AK 99503** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Novakovich | 8221 Pioneer Dr.<br>Anchorage, AK 99504 | President/Director | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tracey Harmon | 2920 Jones Ave.<br>Anchorage, AK 99517 | Vice President, General Manager | 0 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor  **Sea Marita Corporation**

Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Novakovich**<br>**8221 Pioneer Dr.**<br>**Anchorage, AK 99504** | **$112,461.75** | **Monthly** | **Salary** |
| | **Relationship to debtor**<br>**President/Director** | | | |
| 30.2. | **Tracy Harmon** | **$99,000** | **Semi-monthly** | **Salary** |
| | **Relationship to debtor**<br>**Vice President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2016**

**/s/ David Novakovich**                                    **David Novakovich**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Director/President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Alaska

In re **Sea Marita Corporation** _____ Case No. _____
Debtor(s)   Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 4,000.00 |
    | Prior to the filing of this statement I have received | $ | 4,000.00 |
    | Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 21, 2016** _____   **/s/ J. Mitchell Joyner**
_Date_

**J. Mitchell Joyner**
_Signature of Attorney_
**J. Mitchell Joyner**
**810 W. 2nd Avenue**
**Anchorage, AK 99501**
**(907) 274-5646   Fax: (907) 272-4851**
**mitchlaw@msn.com**
_Name of law firm_

---

# United States Bankruptcy Court
## District of Alaska

In re   **Sea Marita Corporation**

Case No.

Debtor(s)

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Director/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 21, 2016**

**/s/ David Novakovich**
**David Novakovich**/Director/President
Signer/Title

Achilles USA Inc.
PO Box 749


ACS
PO Box 196666
Anchorage, AK 99519


Active Alaska Adventure Media Corporatio
6921 Brayton Drive
Anchorage, AK 99507


Active Lisa and Craig Thornton P.O. Box
P.O. Box 247
Eastlake, CO 80614


Aflac
1932 Wynnton Rd
Columbus, GA 31999-0001


AIRE
P.O. BOX 186
Meridian, ID 83680


Alaska Airlines
PO Box 749877
Los Angeles, CA 90074-9877


Alaska Computer Geeks
639 W lnternational Airport Rd. #14
Anchorage, AK 99518


ALSCO
PO Box 240048
Anchorage, AK 99524


American Fast Freight
PO Box 3606
Seattle, WA 98124-3606


Anchorage Printing, Inc.
3110 Spenard Road
Anchorage, AK 99503

Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Big Lake Power Sports & Marine
PO Box 521748
Big Lake, AK 99652


Black Jack
P.O Box 8577
Saint Joseph, MO 64508


Carnai Trailers, Inc.
19103 East Cataldo Ave.
Greenacres, WA 99016


CF Moto USA
3555 Holly Lane N. Suite #30
Minneapolis, MN 55447


Christini Technologies, Inc.
421 N. 7th Street
Philadelphia, PA 19123


Coast To Coast Computer Products
4277 Valley Fair St.
Simi Valley, CA 93063


Coastal Village Regional Fund
711 "H" St., Suite 200
Anchorage, AK 99501


Costco
Retail Services
PO Box 15521
Wilmington, DE 19850-5521


David Novakovich
8221 Pioneer Dr.
Anchorage, AK 99504


Fastenal Company
PO Box 1286
Winona, MN 55987-0978

GCI
PO Box 99001
Anchorage, AK 99509


GE Commercial Distribution Finance
PO Box 74666
Chicago, IL 60675-4666


GE Motorcycle


Granger
Dept. 828463265
PO Box 419267
Kansas City, MO 64141


Great American Financial Services
PO Box 660831
Dallas, TX 75266-0831


GreatAmerica Financial Services
PO Box 660831
Dallas, TX 75266-0831


Interstate Battery Alaska LLC
7740 Schoon St
Anchorage, AK 99518


Law Office of Carl Cook
517 W. Northern Lights Blvd.
Anchorage, AK 99503


Linnea and Steven Young
P.O. Box 247
Eastlake, CO 80614-0247


lrbit Motorworks of America, Inc.
14700 NE 95th St. #102
Redmond, WA 98052


Mac's Prop Savers, Inc.
PO Box 685
Mount Vernon, WA 98273

McKinley Fence of Alaska, Inc.
5901 Lake Otis Pkwy
Anchorage, AK 99507


Mercury Marine
P.O. Box 96964
Chicago, IL 60693


MMAC
1355 Windward
Alpharetta, GA 30005


Motorfist
PO Box 3839
Idaho Falls, ID 83403


Municipal Light & Power
P.O. Box 196094
Anchorage, AK 99519-6094


Municipality of Anchorage
PO Box 196650
Anchorage, AK 99519


Northern Air Cargo, Inc.
3900 Old lnt'l Airport Rd.
Anchorage, AK 99502


Northrim Bank
3111 C Street
Anchorage, AK 99503


Northwest Marketing Resources
PO Box 447
Olympia, WA 98506


NP (Northpoint)


Parts Unlimited
PO Box 5222
Janesville, WI 53547

Polaris Acceptance
75 Remittance Drive Suite 1040
Chicago, IL 60675-1040


Redden Marine
2140 E. 63rd Ave.
Anchorage, AK 99507


Republic Indemnity Company of America
 P.O. Box 31001
Pasadena, CA 91110-2174


RJ Business Forms
P.O. Box 750754
Dayton, OH 45475


Robert Sramek
192 Dividing Ridge Rd.
Spring City, TN 37381


Robert Sramek
192 Dividing Ridge Rd.
192 Dividing Ridge
Spring City, TN 37381


Rokon International Inc
50 Railroad Ave
Rochester, NH 03839


Rudakof Partners LLC
1340 Rudakof Cr
Anchorage, AK 99508


SAC GE Commercial
75 Remittance Drive
Chicago, IL 60675-6999


Short Block Technologies
1401 N. Myrtle Ave.
Clearwater, FL 33755


Silver Streak Boats
8535 Dimond D Cir # B,
Anchorage, AK 99515

Six Robblees, Inc.
PO Box 3703
Seattle, WA 98124


Skurla's POS Solutions
524 W. International Airport Rd.
Anchorage, AK 99518


State of AK
Department of Transportation
PO Box 112500
Juneau, AK 99811


Stephen Novokavich
7453 PARK WEST CIR
Anchorage, AK 99502


Steve Novakovich
7453 Park West Circle
Anchorage, AK 99502


Steven & Linnea Young
PO Box 247
Eastlake, CO 80614


Suburban Propane
PO Box 12068
Fresno, CA 93776


Suzuki Motor of America, Inc
PO Box 1100
Brea, CA 92822-1100


Tatonduk Outfitters Limited
P.O. Box 61680
Fairbanks, AK 99706


TCF Inventory Finance
1475 East Wood
Schaumburg, IL 60173


The Robins Agency LLC
PO Box 220149
Anchorage, AK 99522-1049

Tohatsu America Corporation
670 South Freep Suite 120
Coppell, TX 75019


V & H Enterprises
14114 Rocky Ro
Anchorage, AK 99516


Wade Huls
7148 Madeline Dr.
Anchorage, AK 99504


Wells Fargo
PO Box 650769
Dallas, TX 75265-0769


Western Power Sports. Inc.
P.O. Box 170299
Boise, ID 83717


Yamaha Motor Corporation,
6555 Katella Ave.
Cypress, CA 90630


Yukon Fire Protection
5601 Silverado
Anchorage, AK 99518


Zodiac of North America, Inc.
540 Thompson
Stevensville, MD 21666

# United States Bankruptcy Court
## District of Alaska

In re   **Sea Marita Corporation**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sea Marita Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 21, 2016**

Date

**/s/ J.  Mitchell Joyner**

**J.  Mitchell Joyner**

Signature of Attorney or Litigant

Counsel for   **Sea Marita Corporation**

**J. Mitchell Joyner**

**810 W. 2nd Avenue**
**Anchorage, AK 99501**
**(907) 274-5646 Fax:(907) 272-4851**
**mitchlaw@msn.com**